| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Standing Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2011 MAY 25 A 9: 30<br>MICHAEL B. DOWLING<br>CLERK OF COURT |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **07-00497** |
|---|---|
| In re:<br>**THOMAS CARL WERLE**<br>**FAITH NAOMI WERLE**<br>Debtor(s). | Chapter: 13 |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 451.90 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **003** | ELITE RECOVERY SERVICES, INC.<br>AS ASSIGNEE HOUSEHOLD BANK<br>255 GREAT ARROW AVENUE<br>2ND FLR., STE. 15<br>BUFFALO, NY 14207-3027 | $ 1,027.64 | $ 451.90 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: May 25, 2011

/s/ _____
Trustee

hib_3011  5/05